1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3  Name  LOFTON            KENNETH
4        (Last)        (First)        (Initial)
5  Prisoner Number  # 86970   SAN MATEO COUNTY JAIL
6  Institutional Address  300 BRADFORD ST.
7  REDWOOD CITY, CA. 94063

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

10 KENNETH LOFTON
11 (Enter the full name of plaintiff in this action.)

   CV 08 3853

12           vs.                        Case No. SC64692A
                                        (To be provided by the clerk of court)
13 THE CITY OF EAST
14 Palo Alto.                           COMPLAINT UNDER THE
                                        CIVIL RIGHTS ACT,
15                                      42 U.S.C §§ 1983

17 (Enter the full name of the defendant(s) in this action)     E-filing

18 *[All questions on this complaint form must be answered in order for your action to proceed..]*

19 I.   Exhaustion of Administrative Remedies

20      [**Note:** You must exhaust your administrative remedies before your claim can go
21      forward. The court will dismiss any unexhausted claims.]
22      A.   Place of present confinement  SAN MATEO CO. Jail
23      B.   Is there a grievance procedure in this institution?
24           YES ( )    NO (✓)
25      C.   Did you present the facts in your complaint for review through the grievance
26           procedure?
27           YES ( )    NO (✓)
28      D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _Lines 1 thru 4 Does NOT Apply to this Matter This issue Applys to a Outside Agency_

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES ( )   NO (✓) _Because it didn't Apply._

F.   If you did not present your claim for review through the grievance procedure, explain why. _Because this issue is with the East Palo Alto Police De___ and the San Mateo Sheriff offices_

II.  Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any. _KENNETH LOFTON #86970 300 Bradford St. Redwood City, CA. 94063_

B.   Write the full name of each defendant, his or her official position, and his or her place of employment. _The CITY of EAST Palo Alto._

COMPLAINT                                    - 2 -

III.   Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On Aug. 24-2001 I was walking down the street when a police patrol car pulled up beside me when officer Bruce Carca jumped out of the car and pointed his gun on me, then told me to get on the ground I tried to comply by showing him my ID and parole discharge papers to show that I wasn't wanted when five other people ran from the scene which caused their guns to raise. At that time I'm on the ground officer John Soares states that he seen me throw a object - Cont-

IV.   Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I've suffered nearly 1 year I want to be compensated for Punitive damages and pain and suffering for the bogus Arrest and Incarceration

COMPLAINT                                    - 3 -

-Cont- Statement of claim II
Page 3

of narcotics paraphernalia onto the ground in a clear plastic Bag substance know as Cocaine Base. Then I was arrested.

Through all Court proceedings and being held Nearly 1 year D.N.A. Test results proved that I had no contact with the cocaine or paraphernalia when the (Officer John Soares) swore in testimony that I threw them on the ground. I am wrong accused and should have been released.

I'm filing this claim with the facts that I was Racially Profiled and harassed while there was no warrant and nothing on my own. I wasn't wanted or on parole or probation. This officer also has a history of abuse and force without means!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___3rd___ day of _____, 20_08_

_____Kenneth Lofton_____
(Plaintiff's signature)

COMPLAINT                                            - 4 -

KENNETH LOFTON 86970-SW 20
308 Radio Ba...
Re...od City, Ca. 940...

RECEI...
AUG 11 20
RICHARD W. W...
CLERK, U.S. DIST...
NORTHERN D...

9410 0283432 0064

ATT: Clerk
C/o United District Court
450 Golden Gate Ave Box 36060
San Francisco, Ca 9...

RECYCLED Columbian

KENNETH LOFTON. 86970-SW20
301 Bradford St.
Redwood City, Ca. 94063

RECEIVED
AUG 11 '20
RICHARD W. WITKIN
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF C[A]

9410 2398 8032 0004

ATT: Clerk
C/o United District Court
450 Golden Gate Ave. Box 36060
San Francisco, Ca. 94102

