FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 3853

Kenneth Lofton, Plaintiff,

vs.

The City of East Palo Alto,

Defendant.

CASE NO. SC64642A

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

E-filing

I, KENNETH LOFTON, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _UNEmployed_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

    a.   Business, Profession or self employment    Yes ____ No _X_

    b.   Income from stocks, bonds, or royalties?    Yes ____ No _X_

    c.   Rent payments?    Yes ____ No _X_

    d.   Pensions, annuities, or life insurance payments?    Yes ____ No _X_

    e.   Federal or State welfare payments, Social Security or other government source?    Yes ____ No _X_

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3.   Are you married?   Yes ____ No _X_
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4.   a.   List amount you contribute to your spouse's support:$ _____
28        b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1         and indicate how much you contribute toward their support. (NOTE: For minor
2         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3 _____
4 _____

5   5.    Do you own or are you buying a home?    Yes \_\_\_ No _X_
6 Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.    Do you own an automobile?    Yes \_\_\_ No _X_
8 Make _____ Year _____ Model _____
9 Is it financed? Yes \_\_\_ No \_\_\_ If so, Total due: $_____
10 Monthly Payment: $_____
11   7.    Do you have a bank account? Yes \_\_\_ No _X_ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $_____
15 Do you own any cash? Yes \_\_\_ No _X_ Amount: $_____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes \_\_\_ No _X_
18 _____
19   8.    What are your monthly expenses?
20 Rent: $ _NONE_     Utilities: _NONE_
21 Food: $ _NONE_     Clothing: _NONE_
22 Charge Accounts:
23 <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Acct.</u>
24 _N/A_     $_____     $_____
25 _____     $_____     $_____
26 _____     $_____     $_____
27   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

1 | NONE
2 |

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/3/08                              *Kenneth Lofton
DATE                                SIGNATURE OF APPLICANT

Case Number: *SC67642A*

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _KENNETH LOFTON_ for the last six months at
[prisoner name]
_MaGUIRE Correctional FACALITY_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _15.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $_20.00_.

Dated: _7/3/08_      * _P. Paudhel #783_ Deputy
[Authorized officer of the institution]

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

11:01:03  03 Jun 2008

ID NUMBER: 86970

INMATE: LOFTON, KENNETH

                        DEPOSIT OR
  DATE      TIME  RECEIPT  <WITHDRAW>   BALANCE   AUTHORIZATION
  --------- ----- -------- ----------- ---------- ---------------
  25 Aug 07 00:43 1637546       0.00       0.00   SH/NEW
  07 Sep 07 02:51 1499999      15.00      15.00   MO # R1006597249
                                                     02
  12 Sep 07 06:21 2261285     <13.10>      1.90   COMMISSARY
  21 Sep 07 07:55 1401602      20.00      21.90   VIC
  23 Sep 07 06:12 1401783      15.00      36.90   MO 10065972644
  26 Sep 07 05:57 2262231     <22.80>     14.10   COMMISSARY
  27 Sep 07 13:49 2175027      <5.40>      8.70   COMMISSARY
  03 Oct 07 05:52 2175367      <7.70>      1.00   COMMISSARY
  14 Oct 07 08:41 1404041      20.00      21.00   CH/MO# R10085703
                                                     1210
  17 Oct 07 06:10 2263938     <11.00>     10.00   COMMISSARY
  21 Oct 07 20:38 1404900      10.00      20.00   CO: ERIC N.
  24 Oct 07 06:20 2176686     <20.00>      0.00   COMMISSARY
  11 Nov 07 12:11 1407079      10.00      10.00   DN/FRANCIS
  14 Nov 07 07:21 2178422     <10.00>      0.00   COMMISSARY
  18 Nov 07 13:53 1407808      20.00      20.00   VICTOR
  20 Nov 07 15:58 2178877     <19.80>      0.20   COMMISSARY
  01 Dec 07 20:52 1409121      10.00      10.20   FRANCES
  05 Dec 07 06:07 2018092      <9.30>      0.90   COMMISSARY
  06 Dec 07 07:50 1409612      15.00      15.90   JOHNATHAN
  07 Dec 07 06:04 2179999      <8.70>      7.20   COMMISSARY
  12 Dec 07 06:43 2267692      <7.10>      0.10   COMMISSARY
  12 Dec 07 15:26 1410292      16.00      16.10   DN/ROBERTO HERRE
                                                     RA
  14 Dec 07 06:11 2267932     <16.00>      0.10   COMMISSARY
  16 Dec 07 16:41 1410726      20.00      20.10   M.O. R1010440322
                                                     54
  19 Dec 07 06:51 2268373     <17.00>      3.10   COMMISSARY
  21 Dec 07 07:19 1411210      15.00      18.10   DN/MO#R101044032
                                                     683   NORA LOFTON
  21 Dec 07 09:41 2268573      <2.90>     15.20   COMMISSARY
  26 Dec 07 06:16 2268650     <12.50>      2.70   COMMISSARY
  28 Dec 07 06:19 2181552      <2.50>      0.20   COMMISSARY
  30 Dec 07 20:03 1412255      10.00      10.20   CO: CHRIS
  02 Jan 08 06:31 2181835      <9.80>      0.40   COMMISSARY
  08 Jan 08 11:07 1413010      20.00      20.40   VICK
  10 Jan 08 11:13 2182414     <17.30>      3.10   COMMISSARY
  16 Jan 08 07:00 1413786      15.00      18.10   MO# R10104403464
                                                     1 NORA LOFTON /
                                                     TL
  17 Jan 08 15:14 1413921      20.00      38.10   CH/FROM GARRON
  18 Jan 08 06:22 2270727      <4.10>     34.00   COMMISSARY
  23 Jan 08 06:27 2183144     <24.80>      9.20   COMMISSARY
  24 Jan 08 10:19 2183418      <5.60>      3.60   COMMISSARY
  29 Jan 08 07:09 1415022      15.00      18.60   DN/MO#R101044035
                                                     356  NORA LOFTON
  30 Jan 08 06:29 2018413     <18.10>      0.50   COMMISSARY
```

```
08 Feb 08 13:53 1416090       20.00      20.50 ARTIE /TL
10 Feb 08 20:09 1416384       30.00      50.50 CO: CARRELL
13 Feb 08 06:43 2272124      <29.10>     21.40 COMMISSARY
15 Feb 08 06:36 2185262      <21.10>      0.30 COMMISSARY
15 Feb 08 21:05 1416870       20.00      20.30 CO: LARONE
20 Feb 08 07:03 2272634      <19.90>      0.40 COMMISSARY
23 Feb 08 06:33 1417643       20.00      20.40 MO 10104403697
27 Feb 08 06:38 2186073      <20.10>      0.30 COMMISSARY
05 Mar 08 07:04 1418806       20.00      20.30 DN/MO#9341573194
                                               1080222710390   M
                                               ARY
07 Mar 08 06:52 2274174      <20.10>      0.20 COMMISSARY
07 Mar 08 13:31 1419050       20.00      20.20 VIC
11 Mar 08 13:36 1419450       20.00      40.20 DN/GARY
12 Mar 08 05:56 2274509      <38.20>      2.00 COMMISSARY
14 Mar 08 05:43 2187343      <2.00>       0.00 COMMISSARY
17 Mar 08 10:21 1420115       20.00      20.00 SS/NEPHEW
17 Mar 08 10:42 1420119       40.00      60.00 SS/MARKETA
19 Mar 08 05:48 2019208      <52.60>      7.40 COMMISSARY
21 Mar 08 05:47 2019279      <7.40>       0.00 COMMISSARY
25 Mar 08 12:26 1420983       20.00      20.00 EG/FROM MARKETA
27 Mar 08 14:20 1421219       20.00      40.00 RS/PAT
28 Mar 08 05:55 2188460      <39.80>      0.20 COMMISSARY
01 Apr 08 13:09 1421786       20.00      20.20 SS/LAMONT
01 Apr 08 14:27 1421801       20.00      40.20 YOPIMP
02 Apr 08 05:51 2019427      <38.70>      1.50 COMMISSARY
03 Apr 08 13:22 1422021       20.00      21.50 DN/MARKETA
04 Apr 08 06:15 2276386      <21.50>      0.00 COMMISSARY
11 Apr 08 06:51 1422903       20.00      20.00 DN/MO#R200730350
                                               689   NORA LOFTON
16 Apr 08 05:48 2019699      <19.90>      0.10 COMMISSARY
17 May 08 06:44 1426853       20.00      20.10 RS/MO 9341573523
                                               6
21 May 08 06:10 2193324      <20.00>      0.10 COMMISSARY
31 May 08 10:52 1428299       20.00      20.10 DESANTIS/VCC
```