OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NIC

RTS

RETURN TO SENDER
NOT IN CUSTODY
CONTRABAND



02 1A
0004329882
MAILED FROM ZIP CODE 94102
$ 00.76⁰
AUG 14 2008
UNITED STATES POSTAGE
PITNEY BOWES

RECEIVED
AUG 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA