**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   KENNETH LOFTON,                        No. C 08-03853 CW (PR)

12            Plaintiff,                    ORDER OF DISMISSAL WITHOUT
                                            PREJUDICE
13        v.

14   THE CITY OF EAST PALO ALTO,

15            Defendant.
                                        /
16

17        Plaintiff, a state prisoner, filed the present pro se prisoner

18   complaint under 42 U.S.C. § 1983.  On September 5, 2008, mail

19   directed to Plaintiff by the Court was returned to the Clerk of the

20   Court with a notation that it was undeliverable.  To date,

21   Plaintiff has not updated his address with the Court or submitted

22   any further pleadings in this case.

23        Pursuant to Northern District Local Rule 3-11 a party

24   proceeding pro se whose address changes while an action is pending

25   must promptly file a notice of change of address specifying the new

26   address.  See L.R. 3-11(a).  The court may, without prejudice,

27   dismiss a complaint when: (1) mail directed to the pro se party by

28   the court has been returned to the court as not deliverable, and

1  (2) the court fails to receive within sixty days of this return a

2  written communication from the pro se party indicating a current

3  address.  See L.R. 3-11(b).

4        More than sixty days have passed since the mail directed to

5  Plaintiff by the Court was returned as undeliverable.  The Court

6  has not received a notice from Plaintiff of a new address.

7  Accordingly, the complaint is DISMISSED without prejudice pursuant

8  to Rule 3-11 of the Northern District Local Rules.

9        The Clerk of the Court shall enter judgment in accordance with

10  this Order, terminate all pending motions, and close the file.

11        IT IS SO ORDERED.

12
   Dated:   10/28/08
13                                    CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

KENNETH LOFTON et al,

Case Number: CV08-03853 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

7

THE CITY OF EAST PALO ALTO et al,

Defendant.

8

                                          /

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on October 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Kenneth  Lofton #86970
San Mateo County Jail

16

300 Bradford St.
Redwood City,  CA 94063

17

Dated: October 28, 2008

18

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

3